UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on February 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Edward Castellanos

Case No.: 17-31399-CMG

Chapter: 13

Judge: Gravelle

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: February 5, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the application of _____debtor_____ for the reduction of time for a hearing on  Motion to Reinstate Case _____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____2/21/18_____ at __9:00 am__ in the United States Bankruptcy Court, _____402 East State Street Trenton New Jersey 08608_____, Courtroom No. ___3___ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Trustee and Secured Creditors

by ☒ each, ☐ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: Unsecured Creditors

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within ___1___ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to Trustee and Secured Creditors

☐ on the same day as the date of this Order, or

☒ within ___1___ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*