Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–31399–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Edward Castellanos
1 Aldrin Ln
Brielle, NJ 08730–1203

Social Security No.:
xxx–xx–4019

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/5/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 5, 2018
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-31399-CMG
Edward Castellanos                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Feb 05, 2018
                              Form ID: 148             Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2018.
db              Edward Castellanos,    1 Aldrin Ln,    Brielle, NJ   08730-1203
cr             +Foreclosed Assets Sales and Transfer Partnership,    c/o Norris McLaughlin & Marcus, P.A.,
                 400 Crossing Boulevard,    8th Floor,    Bridgewater, NJ 08807-2863
cr             +U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUST,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517135026       Phelan Hallinan & Diamond,    400 Fellowship Rd,    Mount Laurel, NJ   08054-3437
517230599       U.S. Bank National Association,as Et.Al.,    Wells Fargo Bank, N.A.,
                 Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 05 2018 23:27:23      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 05 2018 23:27:20      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517135025       E-mail/Text: account.services@apexbank.com Feb 05 2018 23:28:07      Apex Bank,   PO Box 549,
                 Camden, TN   38320-0549
517135027       EDI: WFFC.COM Feb 05 2018 23:04:00      Wells Fargo Home Mortgage,    8480 Stagecoach Cir,
                 Frederick, MD   21701-4747
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517230600*      U.S. Bank National Association, as Et. Al.,    Wells Fargo Bank, N.A.,
                 Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    Foreclosed Assets Sales and Transfer Partnership
               bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE
               FOR BEAR STEARNS ARM TRUST 2006-1, MORTGAGE BACKED NOTES, SERIES 2006-1
               james.shay@phelanhallinan.com
              Marc C. Capone    on behalf of Debtor Edward   Castellanos mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE
               FOR BEAR STEARNS ARM TRUST 2006-1, MORTGAGE BACKED NOTES, SERIES 2006-1 nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Foreclosed Assets Sales and Transfer Partnership
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8