UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on February 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Edward Castellanos

Case No.: __17-31399-CMG__

Chapter: __13__

Judge: __Gravelle__

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: February 5, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the application of _____debtor_____ for the reduction of time for a hearing on  Motion to Reinstate Case _____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____2/21/18_____ at __9:00 am__ in the United States Bankruptcy Court, _____402 East State Street Trenton New Jersey 08608_____, Courtroom No. ___3___ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
Trustee and Secured Creditors
_____

by ☒ each, ☐ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
Unsecured Creditors
_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within ___1___ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to Trustee and Secured Creditors _____

☐ on the same day as the date of this Order, or

☒ within ___1___ day(s) of the date of this Order.

    6. A *Certification of Service* must be filed prior to the hearing date.

    7. Any objections to the motion/application identified above:

       ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail
       _____ day(s) prior to the scheduled hearing; or

       ☒ may be presented orally at the hearing.

    8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

       ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Edward Castellanos  
    Debtor

Case No. 17-31399-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 05, 2018  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2018.  
db          Edward Castellanos,    1 Aldrin Ln,    Brielle, NJ   08730-1203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2018 at the address(es) listed below:  
         Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
         Albert    Russo     docs@russotrustee.com  
         Brian C. Nicholas     on behalf of Creditor     Foreclosed Assets Sales and Transfer Partnership    bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         James Patrick Shay     on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR BEAR STEARNS ARM TRUST 2006-1, MORTGAGE BACKED NOTES, SERIES 2006-1    james.shay@phelanhallinan.com  
         Marc C. Capone     on behalf of Debtor Edward    Castellanos mcapone@caponeandkeefe.com,   docs@caponeandkeefe.com  
         Nicholas V. Rogers     on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR BEAR STEARNS ARM TRUST 2006-1, MORTGAGE BACKED NOTES, SERIES 2006-1 nj.bkecf@fedphe.com  
         Rebecca Ann Solarz     on behalf of Creditor     Foreclosed Assets Sales and Transfer Partnership    rsolarz@kmllawgroup.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                              TOTAL: 8