Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 17–31399–CMG
> Chapter: 13
> Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Edward Castellanos
  1 Aldrin Ln
  Brielle, NJ 08730–1203

Social Security No.:
  xxx–xx–4019

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          3/7/18
Time:          10:00 AM
Location:      Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 22, 2018
JAN: dmi

> Jeanne Naughton
> Clerk, U. S. Bankruptcy Court

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 17-31399-CMG
Edward Castellanos                                                  Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin                Page 1 of 1              Date Rcvd: Feb 22, 2018
                               Form ID: 132               Total Noticed: 9

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2018.
db             Edward Castellanos,    1 Aldrin Ln,    Brielle, NJ  08730-1203
cr            +Foreclosed Assets Sales and Transfer Partnership,    c/o Norris McLaughlin & Marcus, P.A.,
                400 Crossing Boulevard,    8th Floor,    Bridgewater, NJ 08807-2863
cr            +U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUST,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517135026      Phelan Hallinan & Diamond,     400 Fellowship Rd,    Mount Laurel, NJ  08054-3437
517230599      U.S. Bank National Association,as Et.Al.,    Wells Fargo Bank, N.A.,
                Default Document Processing,     N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
517135027    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court:  Wells Fargo Home Mortgage,    8480 Stagecoach Cir,
                Frederick, MD  21701-4747)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2018 22:58:22     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2018 22:58:21     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517135025      E-mail/Text: account.services@apexbank.com Feb 22 2018 22:58:33     Apex Bank,    PO Box 549,
                Camden, TN  38320-0549
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517230600*     U.S. Bank National Association, as Et. Al.,    Wells Fargo Bank, N.A.,
                Default Document Processing,     N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    Foreclosed Assets Sales and Transfer Partnership
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE
               FOR BEAR STEARNS ARM TRUST 2006-1, MORTGAGE BACKED NOTES, SERIES 2006-1
               james.shay@phelanhallinan.com
              Marc C. Capone    on behalf of Debtor Edward   Castellanos mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE
               FOR BEAR STEARNS ARM TRUST 2006-1, MORTGAGE BACKED NOTES, SERIES 2006-1 nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Foreclosed Assets Sales and Transfer Partnership
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```